FILED

2011 JUN 28 AM 11:07

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America **PLAINTIFF(S)** | CASE NUMBER **11-1481M** |
| v. Mario Barace **DEFENDANT(S)** | **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: ~~the FBI~~ INDICTMENT
in the Southern District of New York on Nov. 30, 1988
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 21 U.S.C., Section(s) 846
to wit: _____

A warrant for defendant's arrest was issued by: Southern District of New York

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.
Sworn to before me, and subscribed in my presence on 6-28-11, by
_____, Deputy Clerk.

_____ _____
Signature of Agent             Print Name of Agent: Corne L. Lyle

FBI                                 Special Agent
Agency                           Title

CR-52 (05/98)                 **AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**